UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-21495-CV-WILLIAMS

ADIDAS AG, *et al.*,

    Plaintiffs,

v.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Jonathan Goodman's Report and Recommendations (DE 48) ("***Report***") on Plaintiffs' Motion for Entry of Default Final Judgment Against Defendants (DE 46) ("***Motion***"). In the Report, Judge Goodman recommends that the Motion be granted, and that the Court issue a permanent injunction against Defendants. (DE 48 at 18.) Specifically, Judge Goodman finds that: (1) the Court has both subject-matter and personal jurisdiction over Defendants, *id.* at 12; (2) the well-pled allegations in the Amended Complaint establish Defendants' liability for each of the claims asserted, *id.* at 14; and (3) Plaintiffs are entitled to the permanent injunctive relief they seek, *id.* at 18. No objections were filed to the Report,[1] and the time to object has passed. Upon a careful review of the Report, the Motion, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

---

[1] Plaintiffs timely filed proof of service of the Report on Defendants. (DE 50; DE 51; DE 52.)

1. Judge Goodman's Report (DE 48) is **AFFIRMED AND ADOPTED**.

2. Plaintiffs' Motion for Entry of Default Final Judgment Against Defendants (DE 46) is **GRANTED**.

3. Pursuant to Federal Rule of Civil Procedure 58(a), the Court will separately issue a default final judgment.

4. All pending motions are **DENIED AS MOOT**. All hearings and deadlines are **CANCELED**. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 11th day of August, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE